

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-25-00041-CV

_____

TIMOTHY BRENT CLAIBORNE, Appellant

V.

MARK HORNBUCKLE AND WEST FRONTIER HOMES, LLC, Appellees

On Appeal from the County Court at Law
Hood County, Texas
Trial Court No. C09203

Before Womack, Wallach, and Walker, JJ.
Memorandum Opinion by Justice Womack

## MEMORANDUM OPINION

Appellant Timothy Brent Claiborne, proceeding pro se, attempts to appeal the trial court's take-nothing judgment rendered against him. Claiborne's brief was due on or before April 23, 2025. Because Claiborne did not file a brief by that deadline, on May 5, 2025, we notified him that his brief had not been filed as the appellate rules require. *See* Tex. R. App. P. 38.6(a). We warned him that his appeal could be dismissed for want of prosecution unless he filed, on or before May 15, 2025, a brief along with a motion reasonably explaining the failure to file a brief and the need for an extension. *See* Tex. R. App. P. 10.5(b), 38.8(a)(1).

On May 15, 2025, we received from Claiborne a document that we construed as an appellant's brief.[1] On June 13, 2025, we notified Claiborne that his brief did not conform with either Texas Rules of Appellate Procedure 9.4(i) and 38.1(a)–(k) or Second Court of Appeals Local Rule 1.A. *See* Tex. R. App. P. 9.4(i), 38.1(a)–(k); 2nd Tex. App. (Fort Worth) Loc. R. 1.A. We directed Claiborne to file an amended brief complying with those rules no later than June 23, 2025. We warned him that if he did not do so, we could strike his noncompliant brief and dismiss his appeal. *See* Tex. R. App. P. 38.8(a), 38.9(a), 42.3. We have received no response.

---

[1]That document contained a motion titled: "Motion To Have My Brief Accepted by The Court." The motion did not include a certificate of conference as required by the appellate rules. *See* Tex. R. App. P. 10.1(a)(5). On June 13, 2025, we requested that Claiborne file a certificate of conference. He has not done so. Accordingly, we deny his motion.

Because Claiborne has failed to file a rule-compliant brief after we afforded him an opportunity to do so, we strike his brief and dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 38.9(a), 42.3(b), 43.2(f); *Wise v. Walsh*, No. 02-24-00391-CV, 2025 WL 421170, at *1 (Tex. App.—Fort Worth Feb. 6, 2025, no pet.) (mem. op.) (striking brief and dismissing appeal for want of prosecution because appellant failed to file a rule-compliant amended brief after we afforded her an opportunity to do so).

/s/ Dana Womack

Dana Womack
Justice

Delivered: July 31, 2025